IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD SULLIVAN,

    Petitioner,                   No. CIV S-08-1023 LKK DAD P

    vs.

PEOPLE OF THE STATE OF CALIFORNIA,

    Respondent.              ORDER

/

On October 17, 2008, petitioner's habeas petition was dismissed due to his failure to exhaust state remedies and judgment was entered. On October 28, 2008, petitioner filed a document styled, "Motion for Reconsideration." Petitioner requests that he "be allowed to submit another application" for a writ of habeas corpus following disposition of his state habeas petition with the California Supreme Court. Petitioner is informed that the dismissal of his federal petition was without prejudice. Petitioner may file a new federal petition when exhaustion of state remedies is complete. Petitioner is cautioned, however, that he should not delay in returning to federal court and that the statute of limitations with respect to his federal claims will likely be applied as indicated in the court's August 26, 2008 order. See Order at 2 n.2.

1  Accordingly, IT IS HEREBY ORDERED that petitioner's October 28, 2008
2 document styled, "Motion for Reconsideration" (Doc. No. 8), is denied as unnecessary.
3 DATED: November 4, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
sul1023.ord8

2